**United States District Court**
For the Northern District of California

1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE                                    No. C-11-2800 EMC (pr)

9    TERRENCE McCREA,

10              Petitioner.                   **ORDER OF DISMISSAL**
     _____/

11

12          This action was opened when the Court received from Terrence McCrea a letter to Judge

13   Henderson expressing displeasure with the criminal proceedings in Los Angeles County Superior

14   Court in the late 1990s that led to his imprisonment.  The Clerk opened a case file for the action and

15   sent out a notice on June 8, 2011 that McCrea had not filed a petition, and cautioned that the action

16   would be dismissed if he did not submit a petition within thirty days.  The Clerk also sent out a

17   notice that the action was deficient due to the failure to pay the filing fee or furnish a completed and

18   signed court-approved *in forma pauperis* application, and cautioned that the action would be

19   dismissed if McCrea did not pay the fee or file the application materials within thirty days.  McCrea

20   never responded to the communications from the Court.

21          In light of the failure of McCrea to file a petition and failure to pay the fee or file an *in forma*

22   *pauperis* application, this action is **DISMISSED** without prejudice.  The Clerk shall close the file.

23          IT IS SO ORDERED.

24

25   Dated:  October 21, 2011

26

27                                            _____
                                              EDWARD M. CHEN
                                              United States District Judge
28